**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WILLIAM LOPEZ-ROMERO, | No. 10-72464 |
| Petitioner, | Agency No. A098-854-646 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 21, 2012[**]

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

William Lopez-Romero, a native and citizen of El Salvador, petitions pro se

for review of the Board of Immigration Appeals' decision denying his motion to

reopen removal proceedings.

---

[*] This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

The BIA did not abuse its discretion in denying Lopez-Romrero's motion to reopen because it was untimely, *see* 8 C.F.R. § 1003.2(c)(2). Lopez-Romero failed to demonstrate changed country conditions to qualify for the regulatory exception to the time limit, *see* 8 C.F.R. § 1003.2(c)(3)(ii). Finally, Lopez-Romero did not show prima facie eligibility for the relief sought, *see Ochave v. INS*, 254 F.3d 859, 865 (9th Cir. 2001) (asylum is not available to victims of violence unless they are singled out on account of a protected ground).

**PETITION FOR REVIEW DENIED.**

10-72464